Counsel for Plaintiff/Petitioner<br>
Supreme Ct. No. 0019442<br>
Timothy A. Wilson

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **Earl Ingels,** | : | CASE NO. C-1-00-1003 |
| Plaintiff/Petitioner, | : | (Honorable S. Arthur Spiegel) |
| -vs- | : | |
| **Harry K. Russell,** | : | |
| Defendant/Respondent | : | |

### MOTION TO ENLARGE TIME TO REINSTATE CASE ON ACTIVE DOCKET

Comes now Plaintiff/Petitioner Earl Ingels, by and through Counsel, AND respectfully requests an enlargement of time of 30 days in which to file a motion to have this case reinstated on this Court's active docket.

### MEMORANDUM

Pursuant to the Court's Order filed March 31, 2003, Petitioner may file a motion to reinstate this case on this Court's active docket within 30 days after exhausting his state remedies. Petitioner has now fully exhausted his state remedies. An Entry Denying Application for Reopening of Appeals was entered on September 8, 2003 (copy attached) and an Entry denying Petitioner's Motion for Delayed Direct Appeal was filed by The Ohio Supreme Court on September 10, 2003 (copy attached).

Counsel has been involved in a case in Los Angeles involving complex civil litigation and was in recently Europe for almost one month taking depositions. Up on returning, that case was in a very active mode as trial was scheduled for September 15, 2003. That case has now been settled; however as a result Counsel has not had the opportunity to re-review prior motions and writs filed in this case. Counsel requires additional time to do so and prepare and file the motion to reinstate this case to the Court's active docket.

**Wherefore**, Plaintiff/Petitioner respectfully requests that this MOTION TO ENLARGE TIME TO REINSTATE CASE ON ACTIVE DOCKET be granted.

Respectfully submitted,

TIMOTHY A. WILSON (0019442)
14 Driftwood Street
No. 5
Marina del Rey, CA 90292

**CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the above and foregoing document was sent ~~via overnight delivery~~ regular mail on this 9th day of October, 2003 to: Stuart A. Cole, Ohio Attorney General Correction Litigation Section, 140 East Town Street, 14th floor, Columbus, Ohio 43215.

_____
TIMOTHY A. WILSON