# The Supreme Court of Ohio

FILED

SEP 1 0 2003

MARCIA J. MENGEL, CLERK
SUPREME COURT OF OHIO

State of Ohio,         :  Case No. 03-1160
  Appellee,         :
              :
    v.            :

Earl Ingels,          :  E N T R Y
  Appellant.         :


This cause is pending before the Court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's motion for delayed appeal,

IT IS ORDERED by the Court that the motion for delayed appeal be, and hereby is, denied.

ACCORDINGLY, IT IS FURTHER ORDERED by the Court that this cause be, and hereby is, dismissed.

COSTS:

Docket Fee, $40.00, paid by Timothy A. Wilson, Esq.


(Hamilton County Court of Appeals; Nos. C980673 & C980674)

_____
THOMAS J. MOYER
Chief Justice

0018r091003