```
              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF OHIO
                   WESTERN DIVISION
```

Earl Ingels,                :    NO. 1:00-CV-01003
                            :
    Petitioner,           :
                            :    **ORDER**
  v.                        :
                            :
                            :
Harry K. Russell,           :
                            :
    Respondent.           :

       This matter is before the Court on the Petitioner's Motion to Enlarge Time to Reinstate Case on Active Docket (doc. 12). Petitioner's Motion is unopposed.

       Petitioner informs the Court that he has now exhausted his state remedies (Id.). Petitioner further informs the Court that due to trial and travel obligations of his Counsel, he has been unable to file his motion to reinstate this case on the Court's active docket within thirty days of exhausting his state remedies, as directed in the Court's March 31, 2003 Order (Id.). As such, Petitioner requests an enlargement of time of thirty days in which to file his motion to have this case reinstated on the Court's active docket (Id.).

       Having reviewed this matter, the Court finds Petitioner's Motion well-taken. Accordingly, the Court GRANTS Petitioner's Motion to Enlarge Time to Reinstate Case on Active Docket (doc.

12), and ORDERS Petitioner to file such Motion on or before November 30, 2003.

    SO ORDERED.

Dated: October 30, 2003    <u>s/S. Arthur Spiegel</u>
                                   S. Arthur Spiegel
                                   United States Senior District Judge