

COURT OF APPEALS

FIRST APPELLATE DISTRICT

HAMILTON COUNTY, OHIO



STATE OF OHIO : Case Nos. C-980673; C-980674

    Plaintiff-Appellee :

vs. : **MEMORANDUM IN OPPOSITION TO APPLICATION FOR REOPENING**

EARL INGLES :

    Defendant-Appellant :

In his application for reopening, appellant has a list of several assignments of error.

However, appellant has failed to show good cause for filing his application almost three and one-half years after this Court's judgment was journalized, well beyond the ninety days permitted by App. R. 26(B)(2)(b). In an affidavit filed by defendant's counsel, counsel states defendant had limited access to the outside world making it difficult to find competent counsel. However, appellant has no right to counsel to assist him in filing his application to reopen his appeal. State v. Dennis (1997) 86 Ohio St.3d 201, 713 N.E.2d 426. Neither defendant's ignorance of the law nor his misplaced reliance upon counsel excuse him from ensuring his application was filed timely. State v. Pierce (1996) 74 Ohio St.3d 453, 659 N.E.2d 1252.

Additionally, defendant could have filed his application in a direct appeal to the Ohio Supreme Court. State v. Murnahan (1992) 63 Ohio St.3d 60; 584 N.E.2d 1204.

Finally, defendant has made a list of alleged error(s) in his application for reopening. However, defendant has failed to show good cause for the late filing or issue presented App. R. 26(B)(1).

FILED
COURT OF APPEALS
JUL 1 0 2003
GREGORY HARTMANN
CLERK OF COURTS
HAMILTON COUNTY



1.

Defendant's application filed approximately three and one-half years late should be denied.

Respectfully submitted,

*Thomas J. Boychan*

Thomas J. Boychan, Jr., 0040183P
Assistant Prosecuting Attorney
230 East Ninth Street, Suite 4000
Cincinnati, Ohio 45202
513/946-3158
Counsel for Plaintiff-Appellee, State of Ohio

## CERTIFICATE OF SERVICE

I hereby certify that on this ___7___ day of July, 2003, I have mailed a copy of the foregoing Memorandum in Opposition to Application for Reopening by regular U.S. mail addressed to Timothy Wilson, 14 Driftwood Street, #5, Marina Del Ray, California 90292.

*Thomas J. Boychan*

Thomas J. Boychan, Jr., 0040183P
Assistant Prosecuting Attorney

2.