

# IN THE COURT OF APPEALS
## FIRST APPELLATE DISTRICT OF OHIO
### HAMILTON COUNTY, OHIO

STATE OF OHIO,              :      APPEAL NOS. C-980673
                                                       C-980674

      Plaintiff-Appellee,       :

vs.                      :      *ENTRY DENYING APPLICATION*

EARL INGLES,             :      *FOR REOPENING OF APPEALS.*

      Defendant-Appellant.    :

This cause came on to be considered upon the appellant's App.R. 26(B) application to reopen these appeals and upon the state's memorandum in opposition.

The appellant failed to file his application within the ninety days prescribed by App.R. 26(B)(2)(b). He asserts that the filing delay was justified, because his incarceration and limited financial resources caused him to be without counsel during the ninety-day filing period. This argument fails. The appellant had no right to counsel to assist him in filing his application, see *State v. Dennis* (1999), 86 Ohio St.3d 201, 713 N.E.2d 426, and ignorance of the law, to the extent that it is here implied to be a consequence of the lack of counsel, does not constitute good cause for a filing delay. See *State v. Pierce*, 74 Ohio St.3d 453, 1996-Ohio-20, 659 N.E.2d 1252; *State v. Reddick*, 72 Ohio St.3d 88, 1995-Ohio-249, 647 N.E.2d 784.

Therefore, the court overrules the appellant's application to reopen these appeals.

ENTERED
SEP - 8 2003
IMAGE 6

EXHIBIT
E

## OHIO FIRST DISTRICT COURT OF APPEALS

*To the Clerk:*

Enter upon the Journal of the Court on _____ 9/8/03 _____

per order of the Court _____.

                        Presiding Judge

(COPIES SENT TO ALL PARTIES.)

ENTERED
SEP - 8 2003
IMAGE 7