Common Pleas Civil
- NAME INDEX
- CASE DOCKET
- CASE LISTING BY ATTY

Criminal
- NAME INDEX
- CASE DOCKET
- CASE LISTING BY ATTY

Municipal Civil
- NAME INDEX
- CASE DOCKET
- CASE LISTING BY CLASS
- CASE LISTING BY ATTY

HOME



# Case Inquiry
Greg Hartmann • Clerk of Courts Hamilton County, Ohio

## Case History

**Date** 10/15/2003

**Case Number** C 9800673

PARTY / ATTORNEY INFO　　EXIT　　VIEW IMAGES BY CASE

| IMAGE | DATE | DESCRIPTION | AMOUNT |
|---|---|---|---|
|  | 08/18/1998 | NO DEPOSIT REQUIRED-POV.AFF. JONI TURNER | 0.00 |
|  | 08/18/1998 | APPEAL - ON QUESTIONS OF LAW |  |
|  | 08/18/1998 | NOTICE OF APPEAL FILED. |  |
|  | 08/18/1998 | COMMON PLEAS TRIAL COURT # B9802147 |  |
|  | 08/18/1998 | COPY SENT BY ORDINARY MAIL TO HAMILTON COUNTY PROSECUTOR |  |
|  | 08/18/1998 | DOCKET STATEMENT FILED. (B9802147) |  |
| 15 | 08/27/1998 | REGULAR CALENDAR SCHEDULING ORDER, ENTERED. 12/17/98 RECORD DUE. 02/01/99 APPELLANT'S BRIEF DUE. 03/15/99 APPELLEE'S BRIEF DUE. |  |
|  | 09/09/1998 | MOTION TO WITHDRAW AS COUNSEL |  |
|  | 09/11/1998 | MOTION TO WITHDRAW AS COUNSEL |  |
| 2 | 10/01/1998 | ENTRY EXTENDING TIME TO FILE AFFIDAVIT UNTIL 10-16-98 |  |
|  | 10/01/1998 | NOTICE OF ORDER OR JUDGMENT SENT BY ORDINARY MAIL TO ALL PARTIES REQUIRED BY LAW. 10-08-98 |  |
| 8 | 10/30/1998 | ENTRY OVERRULING MOTION TO WITHDRAW AS COUNSEL |  |
|  | 10/30/1998 | NOTICE OF ORDER OR JUDGMENT SENT BY ORDINARY MAIL TO ALL PARTIES REQUIRED BY LAW. |  |
|  | 12/07/1998 | TRANSCRIPT OF DOCKET AND JOURNAL ENTRIES FILED |  |
|  | 12/07/1998 | NOTICE OF FILING OF RECORD EXCLUDING TRANCRIPT OF PROCEEDINGS MAILED TO JODY TURNER AND CHRIS MCEVILLEY |  |
| 3 | 02/05/1999 | ENTRY GRANTING MOTION TO WITHDRAW AND EXTENDING TIME FOR COUNSEL TO ENTER |  |

EXHIBIT F

|  |  |  |
|---|---|---|
|  |  | APPEARANCE |
|  | 02/08/1999 | NOTICE OF ORDER OR JUDGMENT SENT BY ORDINARY MAIL TO ALL PARTIES REQUIRED BY LAW. |
|  | 02/19/1999 | MOTION FOR EXTENSION OF TIME TO FILE BRIEF |
|  | 02/19/1999 | NOTICE OF APPEARANCE OF COUNSEL |
| 28 | 02/26/1999 | ENTRY GRANTING EXTENSION OF TIME TO FILE APPELLANT'S BRIEF UNTIL 03/01/99. |
|  | 03/01/1999 | MOTION FOR EXTENSION OF TIME TO FILE BRIEF |
|  | 03/02/1999 | NOTICE OF ORDER OR JUDGMENT SENT BY ORDINARY MAIL TO ALL PARTIES REQUIRED BY LAW. |
| 2 | 03/05/1999 | ENTRY GRANTING EXTENSION OF TIME TO FILE APPELLANT'S BRIEF UNTIL 03/22/99. |
|  | 03/08/1999 | NOTICE OF ORDER OR JUDGMENT SENT BY ORDINARY MAIL TO ALL PARTIES REQUIRED BY LAW. |
|  | 03/22/1999 | MOTION FOR EXTENSION OF TIME TO FILE BRIEF |
| 35 | 03/26/1999 | ENTRY GRANTING EXTENSION OF TIME TO FILE APPELLANT'S BRIEF UNTIL 04/05/99. |
|  | 03/30/1999 | NOTICE OF ORDER OR JUDGMENT SENT BY ORDINARY MAIL TO ALL PARTIES REQUIRED BY LAW. |
|  | 04/05/1999 | MOTION FOR EXTENSION OF TIME TO FILE BRIEF |
| 22 | 04/06/1999 | ENTRY GRANTING EXTENSION OF TIME TO FILE APPELLANT'S BRIEF UNTIL 04/19/99. |
|  | 04/08/1999 | NOTICE OF ORDER OR JUDGMENT SENT BY ORDINARY MAIL TO ALL PARTIES REQUIRED BY LAW. |
|  | 04/23/1999 | BRIEF OF DEFENDANT-APPELLANT |
|  | 04/27/1999 | MOTION TO EXTEND TIME TO FILE BRIEF OF PLAINTIFF-APPELLEE |
| 3 | 04/28/1999 | ENTRY STRIKING BRIEF AND EXTENDING TIME TO FILE AMENDED BRIEF UNTIL 5/7/99 (C980673 C980674) |
| 17 | 04/29/1999 | ENTRY GRANTING EXTENSION OF TIME TO FILE APPELLEE'S BRIEF UNTIL 06/30/99. C980673 C980674 |
|  | 04/30/1999 | NOTICE OF ORDER OR JUDGMENT SENT BY ORDINARY MAIL TO ALL PARTIES REQUIRED BY LAW. |
|  | 04/30/1999 | NOTICE OF ORDER OR JUDGMENT SENT BY ORDINARY MAIL TO ALL PARTIES REQUIRED BY LAW. |
|  | 05/12/1999 | BRIEF OF DEFENDANT-APPELLANT |

| | | |
|---|---|---|
| | 05/12/1999 | MOTION FOR EXTENSION OF TIME TO FILE CORRECTED BRIEF |
| 41 | 05/17/1999 | ENTRY GRANTING EXTENSION OF TIME FOR CORRECTED BRIEF UNTIL 5/12/99 |
| | 05/19/1999 | NOTICE OF ORDER OR JUDGMENT SENT BY ORDINARY MAIL TO ALL PARTIES REQUIRED BY LAW. |
| | 06/25/1999 | MOTION TO EXTEND TIME TO FILE BRIEF OF PLAINTIFF-APPELLEE |
| 9 | 07/01/1999 | ENTRY GRANTING EXTENSION OF TIME TO FILE APPELLEE'S BRIEF UNTIL 07/14/99. |
| | 07/12/1999 | NOTICE OF ORDER OR JUDGMENT SENT BY ORDINARY MAIL TO ALL PARTIES REQUIRED BY LAW. |
| | 07/13/1999 | BRIEF OF PLAINTIFF-APPELLEE |
| | 07/13/1999 | NOTIFICATION OF MERIT HEARING ON 09/14/99 IN COURTROOM B SENT TO EDWARD KELLER CHRIS MCEVILLEY |
| | 12/03/1999 | C980674 DECISION |
| 66 | 12/03/1999 | JUDGMENT ENTRY AND DECISION AFFIRMING JUDGMENT OF TRIAL COURT C980673 C980674 (B980321 B982147) |
| DISPLAY | 06/27/2003 | NOTICE OF APPLICATION FOR REOPENING APPEAL OF APPELLANT EARL INGLES |
| DISPLAY | 06/27/2003 | APPLICATION FOR REOPENING APPEAL OF APPELLANT EARL INGLES |
| | 06/27/2003 | COPY SENT BY ORDINARY MAIL TO HAMILTON COUNTY PROSECUTOR |
| DISPLAY | 07/07/2003 | COPY OF NOTICE OF APPEAL TO THE SUPREME COURT OF OHIO FILED 07/01/03. S.C. # 03-1160 |
| DISPLAY | 07/10/2003 | MEMORANDUM IN OPPOSITION TO APPLICATION FOR REOPENING |
| DISPLAY | 09/08/2003 | ENTRY DENYING APPLICATION FOR REOPENING OF APPEALS |
| DISPLAY | 09/10/2003 | NOTICE OF ORDER OR JUDGMENT SENT BY ORDINARY MAIL TO ALL PARTIES REQUIRED BY LAW. |
| | 09/10/2003 | NOTICE OF ORDER OR JUDGMENT SENT BY ORDINARY MAIL TO ALL PARTIES REQUIRED BY LAW. |
| DISPLAY | 09/25/2003 | ENTRY FROM THE SUPREME COURT OF OHIO DENIED MOTION FOR DELAYED |

PARTY / ATTORNEY INFO    EXIT

**Common Pleas Civil**
- NAME INDEX
- CASE DOCKET
- CASE LISTING BY ATTY

**Criminal**
- NAME INDEX
- CASE DOCKET
- CASE LISTING BY ATTY

**Municipal Civil**
- NAME INDEX
- CASE DOCKET
- CASE LISTING BY CLASS
- CASE LISTING BY ATTY

- HOME




# Case Inquiry
Greg Hartmann • Clerk of Courts Hamilton County, Ohio

## Case History

**Date**         10/15/2003

**Case Number**  C 9800674

[ PARTY / ATTORNEY INFO ]   [ EXIT ]   [ VIEW IMAGES BY CASE ]

| IMAGE | DATE | DESCRIPTION | AMOUNT |
|---|---|---|---|
|  | 08/18/1998 | NO DEPOSIT REQUIRED-POV.AFF. JONI TURNER | 0.00 |
|  | 08/18/1998 | APPEAL - ON QUESTIONS OF LAW |  |
|  | 08/18/1998 | NOTICE OF APPEAL FILED. |  |
|  | 08/18/1998 | COMMON PLEAS TRIAL COURT # B9800321 |  |
|  | 08/18/1998 | DOCKET STATEMENT FILED. (B9800321) |  |
|  | 08/18/1998 | COPY SENT BY ORDINARY MAIL TO HAMILTON COUNTY PROSECUTOR |  |
| 14 | 08/27/1998 | REGULAR CALENDAR SCHEDULING ORDER, ENTERED. 12/17/98 RECORD DUE. 02/01/99 APPELLANT'S BRIEF DUE. 03/15/99 APPELLEE'S BRIEF DUE. |  |
|  | 12/08/1998 | TRANSCRIPT OF DOCKET AND JOURNAL ENTRIES FILED |  |
|  | 12/08/1998 | NOTICE OF FILING OF RECORD EXCLUDING TRANCRIPT OF PROCEEDINGS MAILED TO JONI ELIZABETH TURNER AND CHRIS MCEVILLEY |  |
|  | 12/17/1998 | COMPLETE TRANSCRIPT OF PROCEEDINGS FOR PURPOSES OF APPEAL B-9800321 B-9802147 EIGHT VOLUMES |  |
|  | 12/23/1998 | LETTER FROM APPELLANT |  |
|  | 12/29/1998 | MOTION TO WITHDRAW AS COUNSEL |  |
|  | 01/21/1999 | MOTION FOR EXTENSION OF TIME TO FILE BRIEF |  |
| 53 | 01/22/1999 | ENTRY GRANTING MOTION TO WITHDRAW AND EXTENDING TIME FOR COUNSEL TO ENTER AN APPEARANCE |  |
| 62 | 01/22/1999 | ENTRY GRANTING EXTENSION OF TIME TO FILE APPELLANT'S BRIEF UNTIL 03/01/99. |  |
|  |  | NOTICE OF ORDER OR JUDGMENT |  |

|    | Date       | Description |
|----|------------|-------------|
|    | 01/25/1999 | SENT BY ORDINARY MAIL TO ALL PARTIES REQUIRED BY LAW. |
|    | 02/01/1999 | NOTICE OF ORDER OR JUDGMENT SENT BY ORDINARY MAIL TO ALL PARTIES REQUIRED BY LAW. |
|    | 02/01/1999 | NOTICE OF APPEARANCE OF COUNSEL ***FILED 1/21/99*** |
|    | 03/01/1999 | MOTION FOR EXTENSION OF TIME TO FILE BRIEF |
| 3  | 03/05/1999 | ENTRY GRANTING EXTENSION OF TIME TO FILE APPELLANT'S BRIEF UNTIL 03/22/99. |
|    | 03/08/1999 | NOTICE OF ORDER OR JUDGMENT SENT BY ORDINARY MAIL TO ALL PARTIES REQUIRED BY LAW. |
|    | 03/22/1999 | MOTION FOR EXTENSION OF TIME TO FILE BRIEF |
| 36 | 03/26/1999 | ENTRY GRANTING EXTENSION OF TIME TO FILE APPELLANT'S BRIEF UNTIL 04/05/99. |
|    | 03/30/1999 | NOTICE OF ORDER OR JUDGMENT SENT BY ORDINARY MAIL TO ALL PARTIES REQUIRED BY LAW. |
|    | 04/05/1999 | MOTION FOR EXTENSION OF TIME TO FILE BRIEF |
| 21 | 04/06/1999 | ENTRY GRANTING EXTENSION OF TIME TO FILE APPELLANT'S BRIEF UNTIL 04/19/99. |
|    | 04/08/1999 | NOTICE OF ORDER OR JUDGMENT SENT BY ORDINARY MAIL TO ALL PARTIES REQUIRED BY LAW. |
|    | 04/23/1999 | BRIEF OF DEFENDANT-APPELLANT |
|    | 04/27/1999 | MOTION TO EXTEND TIME TO FILE BRIEF OF PLAINTIFF-APPELLEE |
| 3  | 04/28/1999 | ENTRY STRIKING BRIEF AND EXTENDING TIME TO FILE AMENDED BRIEF UNTIL 5/7/99 (C980673 C980674) |
|    | 04/29/1999 | ENTRY GRANTING ADDITIONAL TIME TO FILE BRIEF OF APPELLEE UNTIL 6/30/99 |
|    | 04/30/1999 | NOTICE OF ORDER OR JUDGMENT SENT BY ORDINARY MAIL TO ALL PARTIES REQUIRED BY LAW. |
|    | 05/12/1999 | BRIEF OF DEFENDANT-APPELLANT |
|    | 05/12/1999 | MOTION FOR EXTENSION OF TIME TO FILE CORRECTED BRIEF |
| 42 | 05/17/1999 | ENTRY GRANTING EXTENSION OF TIME FOR CORRECTED BRIEF UNTIL 5/12/99 |
|    | 05/19/1999 | NOTICE OF ORDER OR JUDGMENT SENT BY ORDINARY MAIL TO ALL PARTIES REQUIRED BY LAW. |
|    |            | NOTIFICATION OF MERIT HEARING ON 09/14/99 IN COURTROOM B |

| | | |
|---|---|---|
| | 07/13/1999 | SENT TO CHRIS MCEVILLEY EDWARD KELLER |
| | 12/03/1999 | C980673 DECISION |
| 66 | 12/03/1999 | JUDGMENT ENTRY AND DECISION AFFIRMING JUDGMENT OF TRIAL COURT C980673 C980674 (B980321 B982147) |
| DISPLAY | 06/27/2003 | NOTICE OF APPLICATION FOR REOPENING APPEAL OF APPELLANT EARL INGLES |
| DISPLAY | 06/27/2003 | APPLICTION FOR REOPENING APPEAL |
| | 06/27/2003 | COPY SENT BY ORDINARY MAIL TO HAMILTON COUNTY PROSECUTOR |
| DISPLAY | 07/07/2003 | COPY OF NOTICE OF APPEAL TO THE SUPREME COURT OF OHIO FILED 07/01/03. S.C. # 03-1160 |
| DISPLAY | 07/10/2003 | MEMORANDUM IN OPPOSITION TO APPLICATION FOR REOPENING |
| DISPLAY | 09/08/2003 | ENTRY DENYING APPLICATION FOR REOPENING OF APPEALS |
| DISPLAY | 09/10/2003 | NOTICE OF ORDER OR JUDGMENT SENT BY ORDINARY MAIL TO ALL PARTIES REQUIRED BY LAW. |
| | 09/10/2003 | NOTICE OF ORDER OR JUDGMENT SENT BY ORDINARY MAIL TO ALL PARTIES REQUIRED BY LAW. |
| DISPLAY | 09/25/2003 | ENTRY FROM THE SUPREME COURT OF OHIO DENIED MOTION FOR DELAYED |

PARTY / ATTORNEY INFO　　　EXIT

WEBQ454

```
PRINTED: 10/16/03          *** THE SUPREME COURT OF OHIO ***              PAGE: 1
REPORT: PRDOCKT              C A S E   I N F O R M A T I O N
```

GENERAL INFORMATION

```
CASE: 03-1160  Discretionary Appeal (Felony); Claimed Appeal of Right
FILED: 07/01/03

        State of Ohio
   v.  Earl Ingels
```

PARTIES AND ATTORNEYS

```
State of Ohio; AEE - Appellee
       REPRESENTED BY: Michael Kurt Allen

Earl Ingels; ANT - Appellant
       REPRESENTED BY: Timothy Alan Wilson
```

DOCKET ITEMS

| DATE | DESCRIPTION | FILED BY |
|------|-------------|----------|
| 07/01/03 | Notice of appeal of Earl Ingels | ANT |
|  | Motion for delayed appeal | ANT |
| DECISION: | 09/10/03 Denied and cause dismissed | |
| 07/02/03 | Copy of notice of appeal sent to clerk of court of appeals | |
| 09/23/03 | Copy of entry sent to clerk | |

*** E N D   O F   C A S E   I N F O R M A T I O N ***