UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

06 JUL 12 PM 3:56

| | |
|---|---|
| EARL INGELS,<br>  Petitioner, | Case No.<br>C-100-1003 |
| v. | JUDGE SPIEGEL |
| WANZA JACKSON WARDEN,<br>  Respondent, | Magistrate<br>Judge T. Hogan |

## AMENDED SUPPLEMENT OF ADDITIONAL AUTHORITY

### I INTRODUCTION

Petitioner Earl Ingels # 362-813 (Pro Se) filed a Rule 60 Relief From Judgement or Order with this court. Filed and on Record at the office of James Bonini Clerk on June, 05, 2006.

We now ask this Supplement from a ruling of the 6th Circuit Court of Appeals, Supporting our claim that we are not time barred and that a certicicate of appealability shoud be issued be added to our orginal filing of June, 05 2006 and make a part of our Rule 60 Relief From Judgement or Order now pending before the court. The attached ruling is the additional authority we are requesting be added, which is Alfred L. Cenzi Petitioner-appellant v. Norman Rose, Warden Respondent-Appellee Case No. 04-3571. Directing attention to and referencing only as part of the total ruling page 6, par. 2 @ 3. Please Consider the attached case part of the Supplement of Additional Authority.

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Supplement of Authority Pursuant Civ. R. 60 filing was sent to The Ohio Attorney General Litigation Section, 150 East Gay St. 16 Flr, Columbus, Ohio 43215 on ___ day of July, 2006 by regular U.S. Mail