| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *James E Nuenke* | ☒ Agent<br>☐ Addressee |
| | B. Received by (Printed Name)<br>JAMES NUENKE | C. Date of Delivery<br>9/28/06 |
| 1. Article Addressed to:<br><br>EARL INGELS<br>362-813<br>WARREN CORR. INST.<br>P. O. BOX 120<br>LEBANON, OH 45036 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)       ☐ Yes | |
| 2. Article Number<br>(Transfer from service label) | 7002 0860 0006 5229 7309 | |
| PS Form 3811, August 2001 | Domestic Return Receipt | 102595-02-M-0835 |