# MARY ANN TORIAN
### Attorney at Law

July 13, 14 - 2004

October 20, 2003

Mr. Earl Ingels
Inmate #362-813
Warren Correctional Institution
P.O. Box 120
Lebanon, Ohio 45036

    Re: Correspondence Received October 18, 2003

Dear Mr. Ingels:

    Please be advised that I am in receipt of the above. Thank you.

    On October 17, 2003, I spoke with Kimberly Stieritz about your situation. I informed her that I couldn't just take a case of this nature, her co-counsel with an attorney I really do not know (Tim Wilson). As I indicated to Ms. Stieritz, Mr. Wilson called my office for assistance. I provided him with examples of pleadings and instructed him on the best approaches with the courts. I further reviewed the brief's content for clarity and issues. Because I do not have <u>any</u> information about the specifics of your case, I could only provide technical advice to Mr. Wilson.

    If you want me to review the transcripts and provide an opinion, I can do so. My fee is $1,250.00 ($250.00 per hour x 5 hours for review and written opinion/analysis).

    Again, I cannot adequately give you any direction until I review relevant documents. If further questions or concerns, do not hesitate to write this office.

                               Sincerely,

                               Mary Ann Torian /mlt

MAT:mlt

cc: Ms. Kimberly Stieritz

# TIMOTHY A. WILSON, ESQ.

TIMOTHYAWILSON@EARTHLINK.NET

14 DRIFTWOOD STREET NO. 5
MARINA DEL REY, CALIFORNIA 90292
PHONE:    310.936.1668
FACSIMILE: 310.362.8772

June 27, 2003

Clerk, Ohio Supreme Court
30 East Broad Street
Second Floor
Columbus, OH 43215-3431

Dear Clerk:

Enclosed please find originals and one copy of revised notice and original and twelve copies of revised affidavit to replace those I sent for delivery on Friday June 27, 2003.

Thank you very much for your help with correcting this filing. Please let me know if there are any other problems. I will call you in the afternoon on Monday to confirm that the filing has been completed.

Sincerely,

Timothy A. Wilson

encl