| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  K. Kaufman    ☑ Agent  ☐ Addressee<br>B. Received by (Printed Name): K. Kaufman    C. Date of Delivery: 1/25/07 |
| 1. Article Addressed to:<br><br>EARL INGELS<br>362-813<br>WARREN CORR. INST.<br>P.O. BOX 120<br>LEBANON, OH 45036 | D. Is delivery address different from Item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7001 2510 0008 6349 7423 |

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-1540