IN THE UNITED STATES COURT OF APPEALS
FOR THE SOUTHERN DISTRICT
WESTERN DIVISION, CINCINNATI, OHIO



07 FEB 14 PM 12:59

Plaintiff,

-vs-                                    Case No. C-100-CV-01003

EARL INGELS            ,

Defendant.

## MOTION FOR EXTENSION OF TIME

Comes now Defendant, __Earl Ingels_____, acting in *Pro Se*, and requests that this Honorable Court grant him an extension of time of ~~SIXTY(60)~~ days until the __9th__ of __April__, 20 __07__.

Defendant's reasons for the extension of time are more fully explained in the attached Memorandum In Support.

Respectfully submitted,

_____
Defendant, *Pro Se*  362-813

Warren Correctional Inst
Institutional Number & Unit
  3-A  227

Warren Correctional Institution
5787 State Route 63
P.O. Box 120
Lebanon, Ohio 45036

## MEMORANDUM IN SUPPORT

In support of the foregoing motion, Defendant submits the following reasons in favor of his being granted an extension of time:

1. I have know legal experience in drafting this appeal and will require time to research this to gain the knowledge required to present the appeal to the courts.

2. I am limited to the time I can get into our law library. Currently we are granted from 1 and 1/2 to 3 hours a week. Thusly I am hampered on the amount of time I can spend on research. Once I learn how to conduct this research.

3. I will also be required to contact outside sources, such as law schools to obtain current case laws and court ruling on matters such as this, as our law library is not up to date on recent court cases and ruling.

4. The above reasons along with the fact that I will be flying blind in the fact of overwhelming factor, will hopefully allow this court to show mercy on this truly novice Pro,Se petitioner and grant the extentions of time so badly required and needed.

Respectfully submitted,
Earl Ingels

Defendant, Pro Se  362-813
Warren Correctional Inst.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing __Motion for Time Extention__

was sent to the __Attorney General__ ~~Sonney;~~ Prosecutor __Stuart A. Cole  Assistant A.G.__

at __150 E. Gay St. Columbus, Oh. 43215__

by U.S. Mail on the __9th__ day of __February__, __2007__.

_[signature]_

Defendant, *Pro Se*