07 FEB 14 PM 12:59

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
WESTERN DIVISON, CINCINNATI, OHIO

Earl Ingels,                                    :       Ct.App.Case No. _____
                                                        Dist.Ct.Case No. C-100-CV-01003
    Petitioner-Appellant,                       :

v.                                              :       NOTICE OF APPEAL

Wanza Jackson Warden                            :

    Respondent-Appellee.                        :

## NOTICE OF APPEAL

Notice is hereby given that Earl Ingels, Petitioner, acting In Pro Se, hereby appeals to the United States Court of Appeals for the Sixth Circuit, from the final judgment entered in the above named case on the 23rd day of January 2007.

Respectfully submitted,
Earl Ingels

362-813 W.C.I., # _____
P.O. Box 120
Lebanon, OH 45036

### CERTIFICATE OF SERVICE

I, Earl Ingels, do hereby certify that a true copy of the foregoing was sent by first class prepaid postage to Stuart A Cole, Assistant Attorney General, at 150 E. Gay St, Columbus, Ohio, 43215, this 9 day of February 2007.

Earl Ingels

P.O. Box 120, #362-813
Lebanon, Ohio 45036