## AFFIDAVIT OF INDIGENCY

STATE OF OHIO        )
                     ) SS:
COUNTY OF WARREN     )

I, Earl Ingels, a United States citizen and affiant herein, after being duly cautioned and sworn, depose and say:

(1) That I am currently incarcerated at the Warren Correctional Institution;

(2) That I do not have the funds or monies to pay the costs within this action;

(3) That I firmly believe that I am entitled to the relief requested;

(4) That I am not represented by an attorney of law to undertake this task for me so I must proceed in *Pro Se*;

(5) That I am indigent as defined by the Ohio Revised Code;

(6) That all of the averments and statements contained herein are true and correct to the best of my knowledge and belief.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Affiant Herein

Sworn and subscribed to in my presence, a Notary Public, on this 6TH day of July, 20 05.

_____
Notary Public

**David C. Combs Jr.
Notary Public
My Commission Expires:** 6/28/09

12