IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

EARL INGLES :
: 
   Petitioner-Appellant, :
: Ct. App. Case No. _____
vs. :
: Dist. Ct. No. C-100-CV-01003
WANZA JACKSON, Warden :
:
   Respondent-Appellee. :

## NOTICE OF APPEAL

Notice of appeal is hereby given that Earl Ingles, Petitioner, acting In Pro Se, hereby appeals to the United STates Court of Appeals for the Sixth Circuit, from the final judgment entered in the above named case on the 23rd day of January, 2007, which judgment was a denial of a Civil Rule 60(B) motion.

Respectfully submitted,

Earl Ingles
Petitioner, Pro Se
362-813
Warren Correctional Institution
5787 State Route 63, PO Box 120
Lebanon, Ohio 45036-0120

## DECLARATION OF TIMELY FILING

Pursuant to FRAP Rule 4(c)(1), petitioner-appellee makes the following declaration under 28 U.S.C. § 1746:

(1) That I am Earl Ingles, petitioner-appellant named in the acompanying Notice of Appeal.

(2) That I timely filed said Notice of Appeal by placing it in an envelope, postage pre-paid and addressed to the clerk of courts.

(3) That said envelope was placed by me into the internal legal mail postage receptacle, as is required by the rules of the institution here at the Warren Correctional Institution.

(4) That I placed said envelope into the mail receptacle on the 18th day of February, 2007.

I declare under penalty of perjury that the foregoing is true and correct. Executed on 18th day of February, 2007.

Earl Ingels, #362-813
Warren Correctional Inst.
5787 State Route 63
P.O. Box 120
Lebanon, Ohio  45036-0120

To Whom It May Concern:   02-18-07

I have enclosed a corrected Notice of appeal, to the 6th District Court.

I have previously filed a indengency form with the court. Will you please file this Notice of appeal and return a copy of the stamped filed copy along with copies of the previously filed motion for time extension and request for court appointed counsel.

Thank You in Advance

Earl Ingel 361813
W.C.I
P.O. Box 120
Lebanon, Ohio 45036