Form IN FORMA PAUPERIS-1 (Rev. 4/9/06, S.D. of Ohio)

07 MAR -6 PM 12:08

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

Earl Ingels,

Plaintiff(s),

-vs-

Case No. C-1OO- 1OO3

Wanza Jackson, Warden

Defendant(s),

---

### APPLICATION AND AFFIDAVIT BY INCARCERATED PERSON
### TO PROCEED WITHOUT PREPAYMENT OF FEES

---

#### NOTICE TO PRISONERS REGARDING
#### PROCEEDINGS *IN FORMA PAUPERIS*

**Prisoner account statement required.** A prisoner seeking to bring a civil action or file an appeal without prepayment of fees or security therefor must submit a certified copy of the trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint or the filing of a notice of appeal. Prison Litigation Reform Act of 1995, Pub. L. No. 104-131, 110 Stat. 1321, § 804(a)(1)-(3), 28 U.S.C. § 1915(a)-(h). The trust fund account statement is obtained from the cashier of the prison or prisons at which the prisoner was confined during the previous six months. 28 U.S.C. § 1915(a)(2). Since an appeal is a separate action, another application to proceed without prepayment of fees or security therefor must be filed when you file a notice of appeal. A prisoner seeking habeas corpus relief is not required to file a prisoner account statement.

**Filing Fees.** The current fees for filing a habeas corpus petition, civil complaint, and notice of appeal are:

- Habeas corpus petition. . . . . . . . . . . $5.00
- Civil complaint . . . . . . . . . . . . . $350.00
- Appeal . . . . . . . . . . . . . . . . . . $455.00

1

AFFIDAVIT

I, __Earl Ingels__, declare that I am the (check appropriate box):

☒ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of the full filing fee or costs under 28 U.S.C. § 1915, I declare that I am unable to prepay the full filing fee or the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under the penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No

   If "Yes", state the place of incarceration: __Warren Correctional Inst, Lebanon, Ohio__

   (If "No," this is the wrong form for you. You should request the Non-Prisoner Declaration in Support of Request to Proceed *In Forma Pauperis*.)

2. Do you have a work, program, status assignment or other circumstances which causes you to be paid by the prison, jail, or other custodial institution?   ☒ Yes   ☐ No

   If "Yes", state the amount credited to you each month: $__17.98__/month

3. In the past 12 months have you received any money from the following sources? If so, state the total amount received.

   | | | | | Amount |
   |---|---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes | ☒ No | $ —0— |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☒ No | $ —0— |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No | $ —0— |
   | d. | Disability or workers compensation payments | ☐ Yes | ☒ No | $ —0— |

5

e. Gifts or inheritances ☐ Yes ☒ No $ _____

f. Any other sources ☒ Yes ☐ No $ 300
If the answer to any of the above is "Yes", describe each source of money and state the amount received and what you expect you will continue to receive.

*My son sent me 300.$ as a one time gift*

4. Do you have **any** cash or checking or savings accounts outside the prison?

   ☐ Yes ☒ No   Amount $ —0—

5. Do you have a secondary savings account, such as a certificate of deposit or a savings bond, which is recorded by the prison cashier?

   ☐ Yes ☒ No   Amount $ —0—

6. Do you own any assets, including real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?

   ☐ Yes ☒ No

If "Yes", describe each asset and state its value.

| ASSET | VALUE |
|---|---|
| Autos _____ | $ _____ |
| (Make/model/year) _____ | |
| Stocks _____ | $ _____ |
| _____ | $ _____ |
| Bonds _____ | $ _____ |
| Notes _____ | $ _____ |
| Real Estate _____ | $ _____ |
| $ _____ (mortgage) | |
| Other _____ | $ _____ |

6

7. Have you on three or more prior occasions, while incarcerated or detained in any prison, jail or other facility, brought an action in a court of the United States that was dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted?

☐ Yes    ☒ No

If "Yes," list the dismissals:

| Date Dismissed | Case Name | Case No. |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

# DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I have submitted above a complete statement of all the assets I possess and that all of the information is true and correct.

I understand that my signature below authorizes the institution of incarceration to forward from my account to the Clerk of the Court any initial partial filing fee assessed by the Court in the amount of 20 percent of the greater of the average monthly deposits to my prison account or the average monthly balance in my prison account for the six-month period immediately preceding the filing of the complaint. Thereafter, I authorize the institution of incarceration to forward monthly payments of 20 percent of my preceding month's income credited to my prison account until I have paid the full amount of the filing fee.

02-20-07
DATE

Earl Inge
SIGNATURE OF APPLICANT

7

Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of your prison trust fund account statement from the institution(s) of your incarceration showing at least the past six months' transactions.

## CERTIFICATE

(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ 3.15 _____ on account to his/her credit at (name of institution) __WARREN CORRECTIONAL INSTITUTION__. I further certify that during the past six months the applicant's average monthly balance was $ 76.22 and the applicant's average monthly deposits were $ 45.04 . I have attached a certified copy of the applicant's prison trust fund account statement showing at least the past six months' transactions.

I further certify that the applicant does/does not have a secondary savings account(s), such as a certificate of deposit or a savings bond. The secondary account(s) balance is $ .00 .

030207
DATE

V. Lauman, Cashier
SIGNATURE OF AUTHORIZED OFFICER

03/02/2007                           Warren Correctional Institution

                                     Inmate Demand Statement

Inmate Name:      INGELS, EARL F                                          Number:  A362813
Lock Location:    WCI,3,A,A,,227L

                          Date Range:  08/01/2006   Through   02/21/2007

Beginning Account Balances:                       Ending Account Balances:

|  | Saving | Debt | Payable |  | Saving | Debt | Payable |
|---|---|---|---|---|---|---|---|
| Inmate's Person | $0.00 | $0.00 | $0.00 | Inmate's Personal A | $3.15 | $0.00 | $0.00 |
| **Begin Totals** | **$0.00** | **$0.00** | **$0.00** | **End Totals** | **$3.15** | **$0.00** | **$0.00** |

| Transaction Date | Transaction Amount | Description | Comment | Saving Balance | Debt Balance | Payable Balance |
|---|---|---|---|---|---|---|
| 08/18/2006 | $0.15 | Beginning Cactas Balance | WCI Beg Cactas Bal | $0.15 | $0.00 | $0.00 |
| 08/18/2006 | $9.85 | Reservation to Inmate's Personal Account | Odrc Pos Exemption | $0.15 | $0.00 | $0.00 |
| 08/29/2006 | $20.00 | Money Order | Kim Stieritz | $20.15 | $0.00 | $0.00 |
| 08/30/2006 | ($18.55) | Commissary Sale | Ticket Number 446 | $1.60 | $0.00 | $0.00 |
| 09/01/2006 | $8.40 | Reservation to Inmate's Personal Account | Odrc Pos Exemption | $1.60 | $0.00 | $0.00 |
| 09/08/2006 | $17.00 | State Pay | State Pay | $18.60 | $0.00 | $0.00 |
| 09/13/2006 | ($16.19) | Commissary Sale | Ticket Number 1640 | $2.41 | $0.00 | $0.00 |
| 09/20/2006 | ($0.45) | Copy Charges |  | $1.96 | $0.00 | $0.00 |
| 09/20/2006 | $20.00 | Money Order | Klm Stieritz | $21.96 | $0.00 | $0.00 |
| 09/27/2006 | ($17.28) | Commissary Sale | Ticket Number 2752 | $4.68 | $0.00 | $0.00 |
| 10/01/2006 | $0.00 | $10.00 Reservation to Pos Exemption | Odrc Pos Exemption | $4.68 | $0.00 | $0.00 |
| 10/03/2006 | $370.15 | MO's Over Limit | Bryan Ingels | $374.83 | $0.00 | $0.00 |
| 10/04/2006 | ($1.10) | Copy Charges |  | $373.73 | $0.00 | $0.00 |
| 10/05/2006 | ($2.10) | Copy Charges |  | $371.63 | $0.00 | $0.00 |
| 10/05/2006 | ($30.00) | Fundraisers - No Specific Club | ccc fundraiser pizza sale | $341.63 | $0.00 | $0.00 |
| 10/06/2006 | $17.00 | State Pay | State Pay | $358.63 | $0.00 | $0.00 |
| 10/06/2006 | ($1.35) | Postage Charges (USPS) | OH atty Gen office | $357.28 | $0.00 | $0.00 |
| 10/11/2006 | ($1.59) | Postage Charges (USPS) | David Nelson | $355.69 | $0.00 | $0.00 |
| 10/11/2006 | ($1.59) | Postage Charges (USPS) | Bryan Ingels | $354.10 | $0.00 | $0.00 |
| 10/11/2006 | ($1.11) | Postage Charges (USPS) | Kim Stieritz | $352.99 | $0.00 | $0.00 |
| 10/12/2006 | ($85.74) | Commissary Sale | Ticket Number 3785 | $267.25 | $0.00 | $0.00 |
| 10/18/2006 | $10.00 | Money Order | Kim Stieritz | $277.25 | $0.00 | $0.00 |
| 10/19/2006 | ($10.00) | Withdrawal to Billy Graham Evangelistic assoc |  | $267.25 | $0.00 | $0.00 |
| 10/19/2006 | ($10.00) | Withdrawal to CBN |  | $257.25 | $0.00 | $0.00 |
| 10/25/2006 | $30.00 | Money Order | kimberly Stieritz | $287.25 | $0.00 | $0.00 |

Page: 1/3    A362813    INGELS, EARL F                                    WCI   03/02/2007

---

I CERTIFY THAT THE ATTACHED IS A TRUE AND ACCURATE COPY OF THE INMATE'S ACCOUNT STATEMENT AND THAT THIS OFFICE IS THE CUSTODIAN OF SAID ACCOUNT.

V. Cauman, Cashier 030207

| Date | Amount/Description | Reference | Balance | | |
|---|---|---|---|---|---|
| 10/25/2006 | ($69.29) Commissary Sale | Ticket Number 4849 | $217.96 | $0.00 | $0.00 |
| 10/30/2006 | ($10.00) Withdrawal to Life Ministries | | $207.96 | $0.00 | $0.00 |
| 11/01/2006 | $0.00 $10.00 Reservation to Pos Exemption | Pos Exemption | $207.96 | $0.00 | $0.00 |
| 11/03/2006 | $17.00 State Pay | State Pay | $224.96 | $0.00 | $0.00 |
| 11/08/2006 | $20.00 Money Order | Kim Stieritz | $244.96 | $0.00 | $0.00 |
| 11/08/2006 | ($2.20) Copy Charges | copies | $242.76 | $0.00 | $0.00 |
| 11/08/2006 | ($42.31) Commissary Sale | Ticket Number 5936 | $200.45 | $0.00 | $0.00 |
| 11/14/2006 | ($5.00) Withdrawal to Phillips Memorial CME church | | $195.45 | $0.00 | $0.00 |
| 11/14/2006 | ($5.00) Withdrawal to Phillips Memorial CME church | | $190.45 | $0.00 | $0.00 |
| 11/15/2006 | ($136.92) Withdrawal to Walkenhorst's | | $53.53 | $0.00 | $0.00 |
| 11/17/2006 | ($1.11) Postage Charges (USPS) | bryan ingels | $52.42 | $0.00 | $0.00 |
| 11/17/2006 | ($1.11) Postage Charges (USPS) | daivd nelson | $51.31 | $0.00 | $0.00 |
| 11/17/2006 | ($1.11) Postage Charges (USPS) | prosecuting atty of mason co | $50.20 | $0.00 | $0.00 |
| 11/17/2006 | ($1.11) Postage Charges (USPS) | Kim Stiertiz | $49.09 | $0.00 | $0.00 |
| 11/21/2006 | ($40.30) Commissary Sale | Ticket Number 6941 | $8.79 | $0.00 | $0.00 |
| 11/27/2006 | $20.00 Money Order | kim stieritz | $28.79 | $0.00 | $0.00 |
| 12/01/2006 | $0.00 $10.00 Reservation to Pos Exemption | Pos Exemption | $28.79 | $0.00 | $0.00 |
| 12/06/2006 | ($24.34) Commissary Sale | Ticket Number 7928 | $4.45 | $0.00 | $0.00 |
| 12/07/2006 | $20.00 Money Order | kim stieritz | $24.45 | $0.00 | $0.00 |
| 12/07/2006 | ($5.00) Withdrawal to canaan Missionary Baptist Church | | $19.45 | $0.00 | $0.00 |
| 12/08/2006 | $17.00 State Pay | State Pay | $36.45 | $0.00 | $0.00 |
| 12/13/2006 | $15.00 Money Order | mary casias | $51.45 | $0.00 | $0.00 |
| 12/20/2006 | ($35.43) Commissary Sale | Ticket Number 9088 | $16.02 | $0.00 | $0.00 |
| 12/22/2006 | ($5.00) Withdrawal to jesse ingels | | $11.02 | $0.00 | $0.00 |
| 01/01/2007 | $0.00 $10.00 Reservation to Pos Exemption | Pos Exemption | $11.02 | $0.00 | $0.00 |
| 01/03/2007 | ($9.57) Commissary Sale | Ticket Number 10144 | $1.45 | $0.00 | $0.00 |
| 01/05/2007 | $35.00 Money Order | kimberly stieritz | $36.45 | $0.00 | $0.00 |
| 01/05/2007 | $17.00 State Pay | State Pay | $53.45 | $0.00 | $0.00 |
| 01/18/2007 | ($39.56) Commissary Sale | Ticket Number 11336 | $13.89 | $0.00 | $0.00 |
| 01/29/2007 | $35.00 Money Order | kim stiertz | $48.89 | $0.00 | $0.00 |
| 01/31/2007 | ($38.39) Commissary Sale | Ticket Number 12264 | $10.50 | $0.00 | $0.00 |
| 02/01/2007 | $0.00 $10.00 Reservation to Pos Exemption | Pos Exemption | $10.50 | $0.00 | $0.00 |
| 02/09/2007 | $17.00 State Pay | State Pay | $27.50 | $0.00 | $0.00 |
| 02/09/2007 | ($0.87) Postage Charges (USPS) | us court of appeals | $26.63 | $0.00 | $0.00 |
| 02/14/2007 | ($23.48) Commissary Sale | Ticket Number 13431 | $3.15 | $0.00 | $0.00 |

Page: 2/3   A362813   INGELS, EARL F   WCI   03/02/2007

Outstanding Debts:

| Start Date | Description | Case | Agency | County | Total Debt | Paid to Date | Balance Owed |
|---|---|---|---|---|---|---|---|
| | | Total Outstanding Case Balances | | | $0.00 | | |

Outstanding Holds:

| Start Date | Description | Case | Agency | County | Total Debt | Paid to Date | Balance Owed |
|---|---|---|---|---|---|---|---|
| | | Total Outstanding Case Holds | | | $0.00 | | |

Outstanding Investments / EPC:

| Investment Type | Investment Type Description | Invest Company | Company Description | Balance |
|---|---|---|---|---|
| | | | | |