```
                UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF OHIO
                       WESTERN DIVISION
```

| | | |
|---|---|---|
| EARL INGELS, | : | NO. 1:00-cv-01003 |
|     Petitioner, | : | |
| vs. | : | |
| | : | **ORDER** |
| WANZA JACKSON, Warden, | : | |
|     Respondent. | : | |

For the reasons articulated in its Orders of June 24, 2004 (doc. 20) and March 6, 2007 (doc. 34), the Court hereby DENIES Petitioner's Motion for Leave to Appeal In Forma Pauperis (doc. 33). In doing so, the Court REITERATES its previous ruling that with respect to any application by Petitioner for in forma pauperis status for the purposes of pursuing an appeal, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3), an appeal would not be taken in "good faith," and therefore, DENIES Petitioner leave to proceed on appeal in forma pauperis. Fed. R. App. P. 24(a); Kincade v. Sparkman, 117 F.3d 949, 952 (6th Cir. 1997).

The Petitioner remains free to file a motion to proceed on appeal in forma pauperis in the United States Court of Appeals for the Sixth Circuit, pursuant to Fed. R. App. P 24(a)(5).

The Clerk is hereby DIRECTED to transmit a copy of this Order to the Clerk of the United States Court of Appeals for the Sixth Circuit.

This matter his hereby TERMINATED from the docket of this Court.

SO ORDERED.

Dated: March 13, 2007          s/S. Arthur Spiegel
                               S. Arthur Spiegel
                               United States Senior District Judge